# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-20540-CMB |
| Michael J. Szudarek, ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Michael J. Szudarek, ) | |
| *Movant* ) | (Prior Chapter 13 Bankruptcy |
| ) | Case filed at Docket No. |
| VS. ) | 21-21330 CMB, dismissed by Order |
| ) | of Court dated November 14, 2022) |
| Capital One Auto Finance, Cavalry SPV, Quicken ) | |
| Loans, Ross Township, American Express Corp., ) | |
| Bank of America, Capital One Bank, Discover Card,) | |
| First National Bank of Omaha, JC Penney, JP ) | Related to Doc. #4 |
| Morgan Chase Bank, Paypal Credit, Sam's Club, ) | |
| Synchrony Bank, Target, Toys R Us, US Bank, ) | **DEFAULT O/E JAD** |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this ____5th____ day of _____April_____, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that the Automatic Stay in the case of Michael J. Szudarek is hereby extended beyond thirty days and shall continue in full force and effect until further order of this Court or dismissal of this case.



sjk

_____
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
4/5/23 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-20540-CMB
Michael J. Szudarek | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Apr 05, 2023      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Szudarek, 4523 Zane Place, Pittsburgh, PA 15214-1330 |
| 15579841 | + | Ross Township, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 23:42:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 05 2023 23:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 05 2023 23:42:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 05 2023 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15579827 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2023 23:42:16 | American Express Corporation, Attn Bankruptcy Dept, PO Box 981540, El Paso, TX 79998-1540 |
| 15579829 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2023 23:37:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15586036 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2023 23:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15579830 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 05 2023 23:41:48 | Capital One Auto Finance, Attn Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15579831 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 23:42:15 | Capital One Bank, PO Box30285, Salt Lake City, UT 84130-0285 |
| 15584750 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 23:42:15 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15579833 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2023 23:38:00 | Cavalry SPV, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15581535 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2023 23:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15584210 | + | Email/Text: mrdiscen@discover.com | Apr 05 2023 23:37:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 15579834 | + | Email/Text: mrdiscen@discover.com | Apr 05 2023 23:37:00 | Discover Card, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 15579835 | Email/Text: collecadminbankruptcy@fnni.com<br>Apr 05 2023 23:38:00 | | First National Bank of Omaha, Po Box 3128, Omaha, NE 68103 |
| 15579837 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 05 2023 23:42:14 | | JC Penney, c/o Portfolio Recover Assiocates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15579838 | Email/PDF: ais.chase.ebn@aisinfo.com<br>Apr 05 2023 23:41:47 | | JP Morgan Chase Bank, Po Box 15298, Wilmington, DE 19850 |
| 15581738 | + Email/Text: RVSVCBICNOTICE1@state.pa.us<br>Apr 05 2023 23:38:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15579839 | + Email/Text: JCAP_BNC_Notices@jcap.com<br>Apr 05 2023 23:38:00 | | Paypal Credit, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 15583403 | + Email/Text: ebnpeoples@grblaw.com<br>Apr 05 2023 23:38:00 | | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15579840 | + Email/Text: bankruptcyteam@quickenloans.com<br>Apr 05 2023 23:38:00 | | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15583692 | + Email/Text: bankruptcyteam@quickenloans.com<br>Apr 05 2023 23:38:00 | | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15579842 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 05 2023 23:42:02 | | Sam's Club, c/o Portfolio Recover Assiocates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15579843 | + Email/PDF: gecsedi@recoverycorp.com<br>Apr 05 2023 23:42:00 | | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15580243 | + Email/PDF: gecsedi@recoverycorp.com<br>Apr 05 2023 23:42:13 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15579844 | + Email/Text: bncmail@w-legal.com<br>Apr 05 2023 23:38:00 | | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 15579845 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 05 2023 23:41:46 | | Toy R US & Synchrony Bank, c/o Portfolio Recover Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15579846 | Email/Text: RPSBankruptcyBNCNotification@usbank.com<br>Apr 05 2023 23:38:00 | | US Bank, Attn Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 15579828 | *+ | American Express Corporation, Attn Bankruptcy Dept, PO Box 981540, El Paso, TX 79998-1540 |
| 15579832 | *+ | Capital One Bank, PO Box30285, Salt Lake City, UT 84130-0285 |
| 15579836 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Po Box 3128, Omaha, NE 68103 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 30 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

**Name**              **Email Address**

Brian Nicholas
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com

Jeffrey Hunt
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
                    on behalf of Debtor Michael J. Szudarek julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6