| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michael J. Szudarek<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–1227 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13    3/13/23 |
| Case number: | 23–20540–CMB | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael J. Szudarek | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4523 Zane Place<br>Pittsburgh, PA 15214 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/9/23 |

**For more information, see page 2**

Debtor **Michael J. Szudarek**                                                Case number **23–20540–CMB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 5, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/4/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/22/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/11/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**6/5/23** at **10:00 AM** , Location: **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                         Case No. 23-20540-CMB

Michael J. Szudarek                                                         Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: auto                                            Page 1 of 4

Date Rcvd: May 09, 2023                                Form ID: 309iPGH                               Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Szudarek, 4523 Zane Place, Pittsburgh, PA 15214-1330 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jeffrey Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15599095 | | Gregg L. Morris, Esq., Patenaude & Felix, 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15579841 | + | Ross Township, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | May 09 2023 23:36:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | May 09 2023 23:36:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | May 09 2023 23:36:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | May 10 2023 03:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 10 2023 03:31:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2023 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 09 2023 23:36:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | May 10 2023 03:31:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 09 2023 23:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | May 10 2023 03:31:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 09 2023 23:36:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15579827 | + | Email/PDF: bncnotices@becket-lee.com | May 09 2023 23:45:57 | American Express Corporation, Attn Bankruptcy Dept, PO Box 981540, El Paso, TX 79998-1540 |
| 15579829 | | EDI: BANKAMER.COM | May 10 2023 03:31:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15586036 | | EDI: BANKAMER.COM | May 10 2023 03:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15579830 | + | EDI: CAPONEAUTO.COM | May 10 2023 03:31:00 | Capital One Auto Finance, Attn Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15599158 | + | EDI: AISACG.COM | May 10 2023 03:31:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15579831 | + | EDI: CAPITALONE.COM | May 10 2023 03:31:00 | Capital One Bank, PO Box30285, Salt Lake City, UT 84130-0285 |
| 15584750 | | EDI: CAPITALONE.COM | May 10 2023 03:31:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15579833 | + | Email/Text: bankruptcy@cavps.com | May 09 2023 23:36:00 | Cavalry SPV, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15581535 | + | Email/Text: bankruptcy@cavps.com | May 09 2023 23:36:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15584210 | + | EDI: DISCOVER.COM | May 10 2023 03:31:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 15579834 | + | EDI: DISCOVER.COM | May 10 2023 03:31:00 | Discover Card, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15579835 | | Email/Text: collecadminbankruptcy@fnni.com | May 09 2023 23:36:00 | First National Bank of Omaha, Po Box 3128, Omaha, NE 68103 |
| 15599096 | | EDI: IRS.COM | May 10 2023 03:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15579837 | + | EDI: PRA.COM | May 10 2023 03:31:00 | JC Penney, c/o Portfolio Recover Assiocates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15579838 | | EDI: JPMORGANCHASE | May 10 2023 03:31:00 | JP Morgan Chase Bank, Po Box 15298, Wilmington, DE 19850 |
| 15599097 | + | Email/Text: pitbk@weltman.com | May 09 2023 23:36:00 | James Peter Valecko, Esquire, Weltman Weinberg & Reis, 436 7th Ave. Suite 2500, Pittsburgh, PA 15219-1842 |
| 15581738 | + | EDI: PENNDEPTREV | May 10 2023 03:31:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15581738 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 09 2023 23:36:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15597066 | | EDI: PRA.COM | May 10 2023 03:31:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15579839 | + | EDI: JEFFERSONCAP.COM | May 10 2023 03:31:00 | Paypal Credit, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 15583403 | + | Email/Text: ebnpeoples@grblaw.com | May 09 2023 23:36:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15579840 | + | Email/Text: bankruptcyteam@quickenloans.com | May 09 2023 23:36:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15583692 | + | Email/Text: bankruptcyteam@quickenloans.com | May 09 2023 23:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 09, 2023 | Form ID: 309iPGH | Total Noticed: 43 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 15579842 | + | EDI: PRA.COM | May 10 2023 03:31:00 | Sam's Club, c/o Portfolio Recover Assiocates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15579843 | + | EDI: RMSC.COM | May 10 2023 03:31:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15580243 | + | EDI: RMSC.COM | May 10 2023 03:31:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15579844 | + | EDI: WTRRNBANK.COM | May 10 2023 03:31:00 | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 15579845 | + | EDI: PRA.COM | May 10 2023 03:31:00 | Toy R US & Synchrony Bank, c/o Portfolio Recover Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15579846 | | EDI: USBANKARS.COM | May 10 2023 03:31:00 | US Bank, Attn Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 15579828 | *+ | American Express Corporation, Attn Bankruptcy Dept, PO Box 981540, El Paso, TX 79998-1540 |
| 15599085 | *+ | American Express Corporation, Attn Bankruptcy Dept, PO Box 981540, El Paso, TX 79998-1540 |
| 15599086 | *+ | American Express Corporation, Attn Bankruptcy Dept, PO Box 981540, El Paso, TX 79998-1540 |
| 15599087 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15599088 | *+ | Capital One Auto Finance, Attn Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15579832 | *+ | Capital One Bank, PO Box30285, Salt Lake City, UT 84130-0285 |
| 15599089 | *+ | Capital One Bank, PO Box30285, Salt Lake City, UT 84130-0285 |
| 15599090 | *+ | Capital One Bank, PO Box30285, Salt Lake City, UT 84130-0285 |
| 15599091 | *+ | Cavalry SPV, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15599092 | *+ | Discover Card, Attn Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 15579836 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Po Box 3128, Omaha, NE 68103 |
| 15599093 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Po Box 3128, Omaha, NE 68103 |
| 15599094 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, Po Box 3128, Omaha, NE 68103 |
| 15599098 | *+ | JC Penney, c/o Portfolio Recover Assiocates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15599099 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, Po Box 15298, Wilmington, DE 19850 |
| 15599100 | *+ | Paypal Credit, c/o Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 15599101 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15599102 | *+ | Ross Township, c/o Jordan Tax Service Inc., Po Box 200, Bethel Park, PA 15102-0200 |
| 15599103 | *+ | Sam's Club, c/o Portfolio Recover Assiocates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15599104 | *+ | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 15599105 | *+ | Target, c/o TD Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 15599106 | *+ | Toy R US & Synchrony Bank, c/o Portfolio Recover Assoc., Po Box 12914, Norfolk, VA 23541-0914 |
| 15599107 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, Attn Bankruptcy Dept, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 09, 2023 | Form ID: 309iPGH | Total Noticed: 43 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Michael J. Szudarek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6