**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. SZUDAREK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:23-20540 CMB<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 03/13/2023  and confirmed on 06/07/2023 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,250.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,250.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 0.00 | |
| 　Trustee Fee | 435.00 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 435.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 6,051.32 | 0.00 | 6,051.32 |
| 　　Acct: 4656 | | | | |
| 　ROCKET MORTGAGE LLC FKA QUICKEN I | 23,715.56 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 4656 | | | | |
| 　CAVALRY SPV I LLC* | 18,338.43 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 0036 | | | | |
| 　TOWNSHIP OF ROSS - SEWAGE | 5,317.64 | 0.00 | 0.00 | 0.00 |
| 　　Acct: B252 | | | | |
| 　TOWNSHIP OF ROSS - SEWAGE | 1,209.89 | 0.00 | 0.00 | 0.00 |
| 　　Acct: B252 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 1,474.96 | 721.83 | 36.85 | 758.68 |
| 　　Acct: 7111 | | | | |
| | | | | 6,810.00 |
| Priority | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MICHAEL J. SZUDAREK | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL J. SZUDAREK | 5.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 10,126.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1227 | | | | |
| PA DEPARTMENT OF REVENUE* | 848.23 | 0.00 | 0.00 | 0.00 |
|    Acct: 1227 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|    Acct: XXXXXXXXXXXXXXXXXX0540 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN | 950.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4656 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 80.81 | 0.00 | 0.00 | 0.00 |
|    Acct: 7249 | | | | |
| AMERICAN EXPRESS NATIONAL BANK-AE | 19,478.18 | 0.00 | 0.00 | 0.00 |
|    Acct: 2006 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED S | 12,346.18 | 0.00 | 0.00 | 0.00 |
|    Acct: 6007 | | | | |
| BANK OF AMERICA NA** | 16,919.65 | 0.00 | 0.00 | 0.00 |
|    Acct: 4470 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 16,886.27 | 0.00 | 0.00 | 0.00 |
|    Acct: 8709 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 6,660.80 | 0.00 | 0.00 | 0.00 |
|    Acct: 6088 | | | | |
| DISCOVER BANK(*) | 5,943.44 | 0.00 | 0.00 | 0.00 |
|    Acct: 2889 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 788.48 | 0.00 | 0.00 | 0.00 |
|    Acct: 1563 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 7,605.96 | 0.00 | 0.00 | 0.00 |
|    Acct: 0452 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 12,869.91 | 0.00 | 0.00 | 0.00 |
|    Acct: 3376 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,374.52 | 0.00 | 0.00 | 0.00 |
|    Acct: 9555 | | | | |
| US BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 573.61 | 0.00 | 0.00 | 0.00 |
|    Acct: 1227 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 64.60 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,151.70 | 0.00 | 0.00 | 0.00 |
|    Acct: 3032 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0452 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ZWICKER AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATENAUDE FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                           6,815.00

TOTAL CLAIMED
PRIORITY              11,929.23
SECURED               50,056.48
UNSECURED            106,744.11

Date: 08/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com